UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DREHER,

    Plaintiff,

v.

    Case No. 1:20-cv-1167

COMMISSIONER OF SOCIAL SECURITY,

    Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On March 4, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be affirmed (ECF No. 24). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 18, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 24) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date:   March 22, 2022                    /s/ Hala Y. Jarbou
                                                                 HALA Y. JARBOU
                                                                 UNITED STATES DISTRICT JUDGE